IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BILLY CARTER,

                Petitioner,                         ORDER

        v.                                                09-cv-37-bbc

SEAN COFFEY and
JAY WILSON,

                Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

Entered this 28th day of January, 2009.

                                        BY THE COURT:

                                        /s/

                                        _____
                                        BARBARA B. CRABB
                                        District Judge