IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BILLY CARTER,

    Plaintiff,

v.

SEAN COFFEY and JAY WILSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-37-lsa

This action came for consideration before the court with DISTRICT JUDGE LYNN ADELMAN presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____
Peter Oppeneer, Clerk of Court

3/15/10
Date